David Ripley
Name
_____

Prison Number
204966
_____

Place of confinement
Lemon Creek Correctional Center
_____
Mailing address
2000 Lemon Creek Correctional Center
_____
City, State, Zip
Juneau Alaska
_____
Telephone (907) 465-6200

RECEIVED

JUN 0 7 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

David Rapheal Ripley,
_____
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

DOC Department of
Corrections, Lemon Creek
Correctional Center,
_____
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:06-CV-00136 TMB
(To be supplied by Court)

**PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of David Rapheal Ripley
(print your name)
who presently resides at 2000 Lemon Creek Correctional Center, were
(mailing address or place of confinement)
violated by the actions of the below named individual(s).

Lemon Creek Correctional Center

Prisoner § 1983
Form Effect. 2/05

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _Lemon Correctional Center_____, is a citizen of
                          (name)

_AlASKA_____, and is employed as a _Superintendent ( Scott Welland)_
    (state)                                (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**
__X__The **policy or custom** of this official's government agency violates my rights, and I seek
**injunctive relief** (to stop or require someone do something).

Defendant No. 2,_____, is a citizen of
                          (name)

_____, and is employed as _____.
    (state)                                (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek
**injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____, is a citizen of
                          (name)

_____, and is employed as a_____.
    (state)                                (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek
**injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them
if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, " Claim 4," "Claim 5,
etc.").

<u>Claim 1</u>: On or about _____, my civil right to _____
                          (Date)                           (Right to medical care, access to courts, due process,

_____
freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

Prisoner § 1983
Form Effect. 2/05

<u>Supporting Facts:</u> (Briefly describe **facts** you consider important to Claim 1. State what happened clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 1.)

(DOC) Lemon Creek Correctional Center, is and has Been forcing enmates to a G.E.D Prisoners with aut a GED are Segregated and lose all privilages. We are huemiliated and foced to wear red tags.

(DOC) Lemann Creek Correctional Center, is/are Housing Pretrial misdemeanors Convicted and/or. Sentenced felons tagedhee with aut signing waivers

We ~~are~~ are not allowed to have Jobs making us Indigent and no way for us to Pay for medical, Dental, Cammissary, and Child Support.

DOC Lemon Creek Correctional Center is illegaly abtaining inmates personal School Records

<u>Claim 2</u>: On or about _____, my civil right to _____
(Date)                                           (Right to medical care, access to courts, due process,

freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

<u>Supporting Facts</u>: (Briefly describe **facts** you consider important to Claim 2. State what happened clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 2.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Prisoner § 1983
Form Effect. 2/05

Claim 3: On or about _____, my civil right to _____
                          (Date)                                      (Right to medical care, access to courts, due process,

freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 3. State what happened clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name,** did to violate the right alleged in Claim 3.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Prisoner § 1983
Form Effect. 2/05

## D.  Previous Lawsuits

1.  Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _____ Yes _X_ No

2.  If your answer is "Yes," describe each lawsuit.

a.  <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

_____

Docket number:_____  Name of judge:_____

Approximate date case was filed:_____ Date of final decision:_____

Disposition:  _____ Dismissed  _____ Appealed  _____ Still pending

Issues Raised:_____

_____

_____

_____

b.  <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

_____

Docket number:_____  Name of judge:_____

Prisoner § 1983
Form Effect. 2/05

Approximate date case was filed:_____ Date of final decision:_____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

_____

_____

_____

3.  Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____Yes   ✗  No     If your answer is "Yes," describe each lawsuit.

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a.  Defendant(s):_____

b.  Name of federal court _____ Case number: _____

c.  The case was dismissed as: _____ frivolous, _____ malicious and/or _____ failed to state a claim

d.  Issue(s) raised:_____

_____

e.  Approximate date case was filed:_____ Date of final decision:_____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a.  Defendant(s):_____

b.  Name of federal court _____ Case number: _____

c.  The case was dismissed as: _____ frivolous, _____ malicious and/or _____ failed to state a claim

d.  Issue(s) raised:_____

_____

Prisoner § 1983
Form Effect. 2/05

e. Approximate date case was filed:_____ Date of final decision:_____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: _____ frivolous, _____ malicious and/or _____ failed to state a claim

d. Issue(s) raised:_____

_____

e. Approximate date case was filed:_____ Date of final decision:_____

**4. Are you in imminent danger of serious physical injury? _____ Yes _____ No**

If your answer is "Yes," please describe how you are in danger, without legal argument/authority:

_____

_____

_____

_____

**E. Exhaustion of Administrative Remedies**

***REMINDER***

**You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.**

1. Present place of confinement: Lemon Creek Correctional Center

2. Is there a grievance procedure at this institution?   _X_ Yes _____ No

3. If yes, did you present the facts in your complaint for review through the grievance procedure?

_X_ Yes _____ No

a. If your answer is "No," explain why not:_____

Prisoner § 1983
Form Effect. 2/05

b. If your answer is "Yes," what steps did you take? Cop Outs, Grievances

then another Grievance

c. Is the grievance procedure complete? __X__ Yes _____ No

If your answer is "Yes," **ATTACH A COPY OF THE FINAL GRIEVANCE
RESOLUTION for any grievance concerning facts relating to this case.**

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ _____ 00 _____

2. Punitive damages in the amount of $ _____ 00 _____

3. An order requiring defendant(s) to Stop Forceing Prisoners to

A G.E.D. Remove Red Tags, give all privileges

Back. Let it Be a Choice, free will.

4. A declaration that D.O.C Will Stop forcing prisoners

to a GED and let it Be a "Choice"

5. Other: Choice is an internal free, and spontaneous

Separation of one thing from another, with and

Compulsion. Consisting in intention and will. Let

Choices be made in due form and freely with out

any interruption.

Prisoner § 1983
Form Effect. 2/05

Plaintiff demands a trial by jury. _____ Yes __X__ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at ___Juneau  Alaska_____ on _____
                  (Location)                              (Date)

___David Ripley_____
       (Plaintiff's Signature)

_____    _____

Original Signature of Attorney (if any)           (Date)

_____

_____

_____

Attorney's Address and Telephone Number

10 of 10