**Name:** David Ripley

**Prison Number:** 204966

**Mailing Address, Zip Code, Place of Confinement:**
2000 Lemon Creek Correctional Center
Juneau, Alaska 99801

RECEIVED
JUN 0 7 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

David R Ripley
        Plaintiff,

vs.

Lemon Creek Correctional Center
        Defendant(s).

PRISONER'S APPLICATION
TO WAIVE
PREPAYMENT OF FEES

CASE NO. 3:06-cv-00136 TMB
(To be supplied by the Court)

I, David Ripley, declare that I am the (check the appropriate box)

☒ Plaintiff (filing civil rights complaint)   ☐ Appellant (on appeal to the Ninth Circuit)
☐ Petitioner for writ of habeas corpus
   under 28 U.S.C. §§ 2254 or 2241          ☐ Other _____

in this case. I am unable to prepay the fees for this proceeding or give security because of my poverty, and I believe I am entitled to the relief I am requesting. I agree that, if I am granted this application, a portion of any recovery, as directed by the Court, will be paid to the Clerk of Court for reimbursement of all unpaid fees and costs incurred by me in the case.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?  ☒ Yes   ☐ No   (If "No" DO NOT USE THIS FORM)

    If "Yes" state the place of your incarceration: Juneau Alaska, Lemon Creek Correctional Center

**IMPORTANT: Have the Department of Corrections fill out the Certification and Calculation portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.**

2.  Are you currently employed?   ☐ Yes   ☒ No

    If the answer is "Yes," state both your gross and net salary or wages **per month**, and give the name and address of your employer:

    Gross: _____NA_____         Net: _____

    Employer: _____NA_____

PS10 (12/05)                    Page 1 of 4                        Prisoner Fees

If the answer to No. 2 is "No," state the date of last employment and the amount of the gross and net salary and wages **per month** which you received.

Gross: _____NA_____   Net: _____NA_____

Employer: _____NA_____

Date of Last Employment: _11_ / _1_ / _04_ (month/day/year)

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ☐ Yes   ☒ No
   b. Rent payments, interest, dividends or PFDs         ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes   ☒ No
   d. Disability or worker's compensation payments      ☐ Yes   ☒ No
   e. Gifts or inheritances                              ☐ Yes   ☒ No
   f. Any other sources                                  ☐ Yes   ☒ No

   If the answer to any of the above is "Yes," describe each source and state the **amount** and **when received** and what you expect you will **continue to receive**.

   _____N-A_____

4. Do you have **any** cash?   ☐ Yes   ☒ No
   State the total amount and location: _____

5. Do you have any checking account(s)?   ☐ Yes   ☒ No

   a. Name(s) and address(es) of bank(s): _____N-A_____

   b. Present balance(s) in account(s): _____

6. Do you have any savings/IRA/money market/CDs' separate from checking accounts?
   ☐ Yes   ☒ No

   a. Name(s) and address(es) of financial institution(s) Lemon Creek Correctional Center PO Box 112000 Juneau, ALASKA 99801-2000

   b. Present balance(s) in account(s): -00-

7. Do you own an automobile or other motor vehicle?   ☐ Yes   ☒ No
   a. Make: _____ Year: _____ Model: _____
   b. Is it financed?   ☐ Yes   ☒ No
   c. If so, what is the amount owed? _____

8. Do you own any real estate, stocks, bonds, securities, other financial instruments or other valuable property?    ☐ Yes    ☒ No

   If "Yes" describe the property and state its value: _____

   _____

9. Do you have any other assets or personal property other than clothing?   ☐ Yes   ☒ No

   If "Yes" list the asset(s) and state the value of each asset listed: _____

   _____

10. Have you placed any property, assets or money in the name or custody of anyone else in the last two years?    ☐ Yes    ☒ No

    If the answer is "Yes," give the date, describe the property, assets or money, give the name of the person given custody of the item and the reason for the transfer:

    _____

11. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their **monthly** support (and **for minor children, use initials only**): I owe Child Support.

    Name  J.G          Relationship  children   Support: $ 3000.00
    Name  L.G          Relationship             Support: $
    Name  J.S          Relationship             Support: $
    Name  S.S          Relationship             Support: $

### DECLARATION UNDER PENALTY OF PERJURY

**I declare under penalty of perjury under the laws of the United States of America that the above information is true and correct.**

Executed on: 6-4-06                    David Ripley
             DATE                      SIGNATURE OF APPLICANT

THE CERTIFICATION & CALCULATION ON THE FOLLOWING PAGE MUST BE COMPLETED!

## AUTHORIZATION

I, David Ripley, request and authorize the agency holding me in custody to prepare for the Clerk of the United States District Court for the District of Alaska, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

DEPT. OF CORRECTIONS
JUN 01 2006
BUDGET / REVENUE

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action in accordance with 28 U.S.C. § 1915(b).

5/24/06
DATE

David R. Ripley
SIGNATURE OF APPLICANT

David R Ripley
David R Ripley
COMMITTED NAME OF APPLICANT
(Type or Print)

204966
INMATE NO.

## CERTIFICATION AND CALCULATION
(To be completed by the Department of Corrections)

I certify that the applicant has the (available) sum of $ ¢ on account to his/her credit at Lemon Creek Correctional Center (name of institution).

I certify that during the past six months, the average monthly **deposits** to the applicant's account was $ ¢ , and 20% of that is $ ¢ .

I further certify that during the past six months, the average monthly **balance** in the applicant's account was $ ¢ , and 20% of that is $ ¢ .

Please attach certified copy of applicant's account statement
showing transactions for past six months.

6/1/06
DATE

Mary Tugdahl
SIGNATURE OF AUTHORIZED OFFICER

Accounting Tech III Dept of Corrections
TITLE and NAME OF AGENCY