# STATE OF ALASKA /

## DEPARTMENT OF CORRECTIONS

■■■k Murkowski, GOVERNOR

REPLY TO:

P.O. Box 112000
Juneau, Alaska 99811-2000
Telephone (907) 465-3478

RECEIVED
JUN 0 7 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

June 1, 2006

David R. Ripley
c/o Lemon Creek Correctional Center
2000 Lemon Creek Road
Juneau, Alaska 99801-9706

Dear Mr. Ripley:

### RE: Prisoner Account Statement

Issued under the authority of Alaska Statute (A.S.) 09.19.010 (b)(2), the certified copies of prisoner account statements you requested for account # **204966** the time period **December 2005** through **May 2006** are enclosed. **Please note statements for prior periods of incarceration may not be included.**

In addition, in response to A.S. 09.19.010 (d), the following is provided:

1) The average monthly deposit for the time period indicated above was $0 and 20% of this amount equals $0.

and,

2) The average balance for the time period indicated above was $0 and 20% of this amount equals $0.

If you are a prisoner who is commencing a civil action, an appeal from a civil action, or an appeal from the final decision of an administrative agency, against the state or a present or former state officer, agent or employee, **and you are requesting a filing fee exemption**, you should submit this memorandum and enclosure to the court.

If you indicated that you would like an additional copy of your statements or requested statements older than six months these copies are available for $0.15 each. You may request copies of these originals from your Institution through a commissary request.

If you have any questions on this information, please contact us.

Enclosures

Sincerely,

*Mary Engdahl*

Mary Engdahl, Accounting Tech III
Division of Administrative Services/DOC

Alaska Department of Corrections
LEMON CREEK CC

## STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 12/01/2005    To: 12/31/2005

Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.28 |
| 566662 | 12/28/2005 | 100% FOR CSED | 0.28 | | 0.00 |
| | | Ending Balance | | | 0.00 |

Account: FORCED SAVINGS
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

**MESSAGES:**
I/M REQUEST

I certify this to be a **true copy** of the original document.

_Signature_    DATE

Alaska Department of Corrections
LEMON CREEK CC

## STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 01/01/2006   To: 01/31/2006

Page 1 of 1

### ACCOUNT TRANSACTION DETAIL:

**Account: FUNDS AVAILABLE**
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

**Account: FORCED SAVINGS**
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy
of the original document.

_(signature)_ 6/1/06
SIGNATURE                    DATE

Offender #: 204966   USP #: 204966   RIPLEY, DAVID RAFAEL                    Location: LEMON CREEK CC   Cell: MA2B

Offender #: 204966   USP #: 204966   RIPLEY, DAVID RAFAEL   Location: LEMON CREEK CC   Cell: MA2B

## Alaska Department of Corrections
## LEMON CREEK CC
### STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 02/01/2006   To: 02/28/2006                          Page 1 of 1

**ACCOUNT TRANSACTION DETAIL:**

Account: FUNDS AVAILABLE
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

Account: FORCED SAVINGS
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

**MESSAGES:**
I/M REQUEST

_Mary Guzdahl_  6/1/06
SIGNATURE    DATE

Offender #: 204966   USP #: 204966   RIPLEY, DAVID RAFAEL            Location: LEMON CREEK CC   Cell: MA2B

Alaska Department of Corrections
LEMON CREEK CC

## STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 03/01/2006    To: 03/31/2006

Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

Account: FORCED SAVINGS
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

**MESSAGES:**
I/M REQUEST

Offender #: 204966    USP #: 204966    RIPLEY, DAVID RAFAEL                    Location: LEMON CREEK CC    Cell: MA2B

Alaska Department of Corrections
LEMON CREEK CC

## STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 04/01/2006   To: 04/30/2006

Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

Account: FORCED SAVINGS
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy of the original document.

SIGNATURE   DATE

Offender #: 204966   USP #: 204966   RIPLEY, DAVID RAFAEL   Location: LEMON CREEK CC   Cell: MA2B

Alaska Department of Corrections
LEMON CREEK CC

## STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 05/01/2006    To: 05/31/2006    Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

Account: FORCED SAVINGS
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy
[signature] 6/1/06