Name: David Ripley

Address: 2000 Lemon Creek Correctional Center, Juneau, AK 99801

Telephone number: 907-46 N/A

RECEIVED
JUL 17 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

David Ripley,

Plaintiff/Petitioner,

vs.

Department of Correctional Center,

Defendant/Respondent.

Case No. 3:06-cv-00136 TMB

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff/petitioner no longer wishes to prosecute the above-entitled action, and hereby moves to voluntarily dismiss this case without prejudice.

Dated: 7-10-06

_____
Signature

**IT IS SO ORDERED.**

Dated:_____

_____
United States District Court Judge

PS09 (2/98)                                                              Voluntary Dismissal