David Ripley
Name

2000 Lemon Creek Correctional Center
Juneau, AK 99801
Address

907-46 N/A
Telephone number

RECEIVED
JUL 1 7 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

David Ripley,

Plaintiff/Petitioner,

vs.

Department of Correctional Center

Defendant/Respondent.

Case No. 3:06-cv-00136 TMB

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff/petitioner no longer wishes to prosecute the above-entitled action, and hereby moves to voluntarily dismiss this case without prejudice.

Dated: 7-10-06

_David J Ripley_
Signature

**IT IS SO ORDERED.**

Dated: July 17, 2006

/s/ TIMOTHY M. BURGESS
United States District Court Judge

PS09 (2/98)                                                                 Voluntary Dismissal